# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano,
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162258-9(45)

HAROLD PALKA,
   Plaintiff-Appellee,

v

AAA OF MICHIGAN, d/b/a AUTO CLUB
GROUP INSURANCE,
   Defendant/Third-Party Plaintiff-
   Appellee,
and

HOME-OWNERS INSURANCE COMPANY,
   Defendant/Third-Party Defendant-
   Appellant.
_____

SC: 162258
COA: 350204
Livingston CC: 16-029031-NF

UNIVERSITY OF MICHIGAN REGENTS,
   Plaintiff-Appellee,

v

HOME-OWNERS INSURANCE COMPANY,
   Defendant-Appellant,
and

AUTO CLUB INSURANCE ASSOCIATION,
   Defendant-Appellee,
and

MICHIGAN ASSIGNED CLAIMS PLAN,
   Defendant.
_____/

SC: 162259
COA: 350207
Livingston CC: 16-029193-NF

   On order of the Chief Justice, the motion of defendant-appellee AAA of Michigan to extend the time for filing its answer is GRANTED. The answer submitted on January 22, 2021, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2021



Clerk